RECEIVED

JAN 0 6 2017

AT 8:30 ___________ M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CONTINUANCE ORDER** |
| v. | : | Crim. No. 16-465 (BRM) |
| RONALD C. WILLIAMS | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Fabiana Pierre-Louis, Assistant United States Attorney), and defendant Ronald C. Williams (by Andrea Bergman, Esq.), for an Order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including March 4, 2017 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and one prior continuance having been entered; and the defendant, through his attorney, having consented to the entry of this Order; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Discovery has commenced, and both the United States and the Defendant seek additional time to review discovery and pursue potential motion practice;

(2) The parties may pursue plea negotiations, which could render trial of this matter unnecessary;

(3) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4) The defendant has consented to the aforementioned continuance;

(5) The grant of a continuance may conserve judicial resources; and

(6) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 6 day of January, 2017;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through March 4, 2017; and it is further

ORDERED that the period from the date this Order is signed through March 4, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE BRIAN R. MARTINOTTI
United States District Judge

Form and entry consented to:

Fabiana Pierre-Louis
Assistant United States Attorney

Andrea Bergman, Esq.
Counsel for Defendant Ronald C. Williams