UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-465 (BRM) |
| v. | ORDER FOR BAIL MODIFICATION |
| RONALD WILLIAMS | |

THIS MATTER having been brought before the Court by defendant Ronald Williams, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Elisa Wiygul, Assistant United States Attorney) lodging no objection, for an Order modifying Mr. Williams's bail release conditions; and

WHEREAS bail release conditions were imposed on Ronald Williams on October 17, 2016, and

WHEREAS those bail conditions currently require electronic monitoring with a curfew with hours to be determined by Pretrial Services; and

WHEREAS Mr. Williams is in compliance with current release conditions; and

WHEREAS the parties and Pretrial Services (by Robert Hyde, PTSO) are in agreement, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT

On this ___ day of August, 2017, that the bail conditions shall be modified as follows:

1. The condition requiring electronic monitoring with curfew shall be removed.

2. All other conditions shall remain the same

1

_____
Honorable Brian R. Martinotti
UNITED STATES DISTRICT JUDGE